IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ALL WEATHER ARMOUR LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:23-cv-01316-PP |
| | ) | |
| SPRINGROCK, LLC | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff All Weather Armour LLC ("AWA"), by its attorneys, hereby moves the Court pursuant to Rule 15(a)(2), Fed. R. Civ. P., for leave to file an Amended Complaint, to reopen the case as invited by the Court's January 16, 2024 order, and in support of its motion states as follows:

1. AWA filed its initial Complaint on October 5, 2023.

2. Springrock did not file an answer to the Complaint because the parties pursued and ultimately reached an agreement to settle the case. AWA filed a status report on January 11, 2024 advising the Court of the parties' settlement.

3. The Court administratively closed the case by an order dated January 16, 2024.

4. Springrock has failed to comply with the terms of the settlement agreement, causing AWA to seek to reopen the case and to add a claim for breach of the settlement agreement to the action via an amended complaint.

5. Springrock will not be prejudiced by allowing the filing of an Amended Complaint since the action is in its preliminary stages and Springrock has not even answered the initial Complaint.

WHEREFORE, plaintiff All Weather Armour LLC respectfully requests that the Court grant leave to file the Amended Complaint that is being filed as an attachment to this motion.

Respectfully submitted,

February 22, 2024.

/John P. Fredrickson/
John P. Fredrickson
Kyle M. Costello
Marriam Linn
BOYLE FREDRICKSON, S.C.
840 North Plankinton Avenue
Milwaukee, WI 53203
Telephone: 414-225-9755
Facsimile: 414-225-9753
E-mail: jpf@boylefred.com
E-mail: kmc@boylefred.com
E-mail: mlin@boylefred.com

Attorneys for Plaintiff All Weather Armour LLC